

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-22,074-10

### EX PARTE ROBERT GANDY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 532347-E IN THE 351ST DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to life imprisonment. The First Court of Appeals affirmed his conviction. *Gandy v. State*, 835 S.W.2d 238 (Tex. App. — Houston [1ˢᵗ Dist.] July 23, 1992) (pet. ref'd.).

On March 28, 2018, this Court remanded this matter to the trial court to obtain affidavits and findings addressing Applicant's claim that he was denied due process because his conviction was based on "junk science." On August 6, 2018, this Court received the record back from remand. The supplemental record including a copy of the State's proposed findings of fact and conclusions of law

recommending that relief be denied, signed by the trial court on May 29, 2018. On August 9, 2018, this Court received a supplemental filing which included new findings of fact and conclusions of law, rescinding the previous findings and conclusions and recommending that relief be granted. The second findings of fact and conclusions of law were signed by the trial court on August 2, 2018, and contains reference to an evidentiary hearing conducted while the case was on remand. However, there is no transcript of such an evidentiary hearing contained in the supplemental record. Pursuant to Article 11.07, Section 3(d) of the Texas Code of Criminal Procedure, the District Clerk is required to "immediately transmit" to this Court transcripts of all hearings conducted in habeas matters.

The trial court shall supplement the habeas record with a full transcript of any habeas hearing conducted in this matter. If no such hearing was conducted, the trial court shall enter new findings of fact and conclusions of law clarifying the basis for its previous findings of fact and conclusions of law. The trial court shall also make any other findings of fact and conclusions of law that it deems relevant and appropriate to the disposition of Applicant's claim for habeas corpus relief.

This application will be held in abeyance until the trial court has resolved the fact issues. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 60 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: October 24, 2018
Do not publish